```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                          WESTERN DIVISION

AMERICAN TRIM LLC,              -    Case No. 3:99CV7265
                                -
          Plaintiffs,            -    Toledo, Ohio
                                -    June 19, 2001
          v.                    -    Oral Arguments
                                -
ORACLE CORPORATION,             -
                                -
          Defendants.           -
  - - - - - - - - - - - - - - - - -
                     TRANSCRIPT OF ARGUMENTS
                BEFORE THE HONORABLE JAMES CARR
                  UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For the Plaintiffs:     Keating, Muething & Klekamp
                        By:  James E. Burke
                             Steven C. Coffaro
                        1800 Provident Tower
                        One East Fourth Street
                        Cincinnati, Ohio 45202
                        (513) 579-6400

                        Shumaker, Loop & Kendrick
                        By:  Jeffrey S. Creamer
                        1000 Jackson St.
                        Toledo, OH 43624
                        (419) 241-9000

For the Defendants:     Squire, Sanders & Dempsey
                        By:  Harris A. Senturia
                             James D. Thomas
                             Walter J. Rekstis, III
                        4900 Key Tower
                        127 Public Square
                        Cleveland, Ohio 44114-1304
                        (216) 479-8500


Court Reporter:         Tracy L. Spore, RMR
                        1716 Spielbusch Avenue
                        Toledo, Ohio 43624
                        (419) 243-3607

Proceedings recorded by mechanical stenography,
transcript produced by notereading.
```

FILED
01 JUL 13 AM 8:32
CLERK US DISTRICT COURT
TOLEDO