IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

American Trim, L.L.C.,                  Case No. 3:99CV7265

        Plaintiff(s)

     v.                              ORDER

Oracle Corporation,

        Defendant(s)

Telephone conference was held July 11, 2001. It is hereby

ORDERED THAT:

1. Parties are to respond to proposed bifurcation of proceedings (to try fraud claim separately) by July 18, 2001.

2. Telephone status conference is scheduled July 23, 2001.

So ordered.

                                           s/James G. Carr
                                           James G. Carr
                                           United States District Judge