IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN TRIM, L.L.C. | ) | CASE NO. 3: 99CV7265 |
| *Plaintiff,* | ) ) ) | JUDGE JAMES G. CARR |
| v. | ) ) | |
| ORACLE CORPORATION | ) ) | NOTICE OF MANUAL FILING OF DEPOSITIONS |
| *Defendant.* | ) ) | |

Please take notice that Defendant Oracle Corporation is filing the following deposition transcripts under seal with the Court:

Leo Hawk, April 11, 2001 (Volume II)
Lori Braun, January 11, 2001 (Volume I)
Lori Braun, April 5, 2001 (Volume II)

Defendant Oracle Corporation also reserves the right to use any portion of any deposition transcript filed with the Court in this matter at trial.

These documents have not been filed electronically because they are being filed under seal.

        Respectfully submitted,

        s/James D. Thomas
        Walter J. Rekstis, III (0020877)
        James D. Thomas (0039424)
        Harris A. Senturia (0062480)
        Michael T. Sprenger (0069420)
        SQUIRE, SANDERS & DEMPSEY L.L.P.
        4900 Key Tower
        127 Public Square
        Cleveland, OH 44114-1304
        (216) 479-8500

Of Counsel:

Dorian Daley, Esq. (CA 129049)
Oracle Corporation
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94065
(650) 506-0060

Attorneys for Defendant
Oracle Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of February, 2002, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/James D. Thomas
      One of the Attorneys for Defendant
      Oracle Corporation